# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TYLER CHARLES BRIGHT-GOODSELL,<br><br>      Defendant. | CR-14-96-GF-BMM<br><br>**ORDER** |

  Defendant Tyler Charles Bright-Goodsell has moved for early termination of his current term of supervised release. (Doc. 1055). The Government defers to the Court's discretion. *Id.* The Court conducted a hearing on the motion on January 5, 2022. For the reasons below, the Court grants Bright-Goodsell's motion.

  Bright-Goodsell pleaded guilty to Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j). (Doc. 647 at

1). The Court sentenced Bright-Goodsell to 57 months custody on each count to run concurrently, followed by four years of supervised release. (*Id.* at 2–3).

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Bright-Goodsell's supervised release. Bright-Goodsell has been under supervision for three years with two minor violations—failure to live at his approved residence on March 27, 2019, and consumption of a beer on September 8, 2021. (Doc. 1056 at 2). Bright-Goodsell has otherwise complied with the terms of his supervision by reporting as requested, completing treatment aftercare for both chemical dependency and mental health, and maintaining a regular job. (*Id.* at 2–4).

Bright-Goodsell's current employer, Dan Kapptie of Falls Tire and Alignment Service, notes that Bright-Goodsell is a "valuable member of the team" who has advanced to training new staff. (*Id.* at 3). His Probation Officer, Nichole Anderson, also notes that Bright-Goodsell has performed "remarkably well" in his current term of supervision, as compared to prior periods of state supervision. (*Id.* at 4). These successes demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Bright-Goodsell's Motion for Early Termination of Supervised Release (Doc. 1055) is **GRANTED**.

DATED this 6th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court